IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER A. BERNARD *and* WYNTON BERNARD, | |
| *Plaintiffs*, | Civil Action No. 2:23-cv-1463 |
| v. | Hon. William S. Stickman IV |
| PHILLIP A. IGNELZI *in his official and individual capacity*, | |
| *Defendant*. | |

## ORDER OF COURT

AND NOW, this 17th day of August 2023, IT IS HEREBY ORDERED that a hearing on the request for preliminary injunction is scheduled for **August 24, 2023 at 10:00 a.m.** in courtroom 3A before Judge William S. Stickman. IT IS FURTHER ORDERED that counsel for Plaintiffs promptly serve a copy of this order upon Defendant.

BY THE COURT:

s/ William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE