## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WALTER A.BERNARD and
WYNTON A. BERNARD,

               Plaintiffs,

    v.

PHILIP A. IGNELZI in his official and
individual capacity,

               Defendant.

Civil Action No. 2:23-CV-01463-WSS

Honorable Judge William S. Stickman

## ORDER

AND NOW this _____6ᵗʰ_____ day of _____September_____, 2023, upon

consideration of Plaintiffs' Motion for Extension of Time, it is hereby ORDERED and

DECREED that Plaintiffs' Motion is granted:

Plaintiffs' brief on the abstention doctrine is due on or before September 19, 2023; Defendant's

response due by October 3, 2023.  Counsel for Plaintiffs shall serve a copy of this Order upon

Defendant and file proof of the same with the Court.

AND IT IS SO ORDERED.

_____
Honorable Judge William S. Stickman