IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALTER A. BERNARD, et al. | : | |
| | : | CIVIL ACTION |
| *Plaintiffs* | : | |
| | : | NO. 23-1463 |
| v. | : | |
| | : | |
| HON. PHILLIP A. IGNELZI, *et al.* | : | |
| | : | |
| *Defendants* | : | |

### ORDER

**AND NOW**, this _____ day of _____, 202__, upon consideration of the Motion to Dismiss Plaintiff's Amended Complaint filed on behalf Defendant, the Honorable Philip A. Ignelzi, and any response thereto, it is hereby **ORDERED** that the Motion to Dismiss is **GRANTED**, and Plaintiffs' claims against the Honorable Philip A. Ignelzi are hereby **DISMISSED**, with prejudice.

_____
**J.**