IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER A. BERNARD *and* WYNTON BERNARD, | |
| *Plaintiffs*, | Civil Action No. 2:23-cv-1463 |
| v. | Hon. William S. Stickman IV |
| PHILLIP A. IGNELZI *in his official and individual capacity*, | |
| *Defendant*. | |

## ORDER SETTING BRIEFING SCHEDULE

AND NOW, this 13th day of December 2023, Defendant Phillip A. Ignelzi having filed a Motion to Dismiss Plaintiffs' Amended Complaint with Brief in Support thereof, ECF Nos. 26 and 27, IT IS HEREBY ORDERED that Plaintiffs' response and brief in opposition thereto, not to exceed **twenty** pages, shall be filed by **January 17, 2024**. Defendant shall file any reply brief, not to exceed **fifteen** pages, by **January 24, 2024**.

If Plaintiff wishes to voluntarily withdraw a claim in response to a motion to dismiss, an amended complaint should be filed of record.

BY THE COURT:

s/ *William S. Stickman IV*
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE