IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER A. BERNARD and WYNTON A. BERNARD,<br><br>*Plaintiffs,*<br><br>vs.<br><br>PHILIP A. IGNELZI, individually and in his official capacity.<br><br>*Defendants.* | CASE NO.: 2:23-cv-01463-WSS<br><br>Honorable William S. Stickman<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO EXTEND FILING DATES FOR PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND DEFENDANT'S REPLY TO PLAINTIFFS' OPPOSITION** |

Pursuant to the attached Stipulation, Plaintiffs' opposition and Defendant's reply deadlines are hereby extended as follows:

A. Plaintiffs' Second Amended Complaint or an Opposition to Defendant's Motion to Dismiss Plaintiffs' Amended Complaint, not to exceed **twenty** pages, shall be filed by February 1, 2024;

B. Defendant shall file any reply brief not to exceed **fifteen** pages, by February 8, 2024.

IT IS SO ORDERED.

Dated: 1/11/24

_____
Hon. William S. Stickman IV
United States District Judge