IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER A. BERNARD *and* WYNTON BERNARD,<br><br>    *Plaintiffs*,<br><br>v.<br><br>PHILLIP A. IGNELZI, *et al*,<br><br>    *Defendants*. | Civil Action No. 2:23-cv-1463<br><br>Hon. William S. Stickman IV |

## ORDER OF COURT

AND NOW, this __19__ day of April 2024, for the reasons set forth in the Memorandum Opinion filed this day, IT IS HEREBY ORDERED that the Judicial Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint (ECF No. 50) is GRANTED. All claims against Defendants Phillip A. Ignelzi and Mary C. McGinley are dismissed with prejudice.

BY THE COURT:

/s/ William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE