IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER A. BERNARD *and* WYNTON BERNARD,<br><br>     *Plaintiffs,*<br><br>v.<br><br>PHILLIP A. IGNELZI, *et al,*<br><br>     *Defendants.* | Civil Action No. 2:23-cv-1463<br><br>Hon. William S. Stickman IV |

## **ORDER OF COURT**

  AND NOW, this **20** day of June 2024, for the reasons set forth in the Memorandum Opinion filed on April 19, 2024 (ECF No. 61), IT IS HEREBY ORDERED that the Judicial Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint (ECF No. 80) is GRANTED. Plaintiffs' claims against the Judicial Defendants set forth in the Third Amended Complaint (ECF No. 71) arise from the same nucleus of facts that the Court has already addressed in detail and at length in its April 19, 2024, Memorandum Opinion, and the Court's analysis and legal conclusion remains the same. All claims against Defendants Philip A. Ignelzi and Mary C. McGinley are dismissed with prejudice.

  To the extent Plaintiffs' Response to OSC RE: Dismissal and Amendment (ECF No. 89), contains a request to stay this case while the claims related to the Judicial Defendants are pending on appeal before the United States Court of Appeals for the Third Circuit at No. 24-1945, IT IS HEREBY ORDERED that the motion to stay is DENIED.

  IT IS FINALLY ORDERED that Plaintiffs are precluded from further amending their complaint without leave of Court.

BY THE COURT:

*/s/ William S. Stickman IV*
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE